THE LOUISVILLE, NEW ALBANY AND CHICAGO RAILWAY COMPANY *v.* HEAD.

No. 7241.

SUPREME COURT.—*Assignment of Error.*—*Names of Parties.*—*Dismissal.*— Where the paper purporting to be the assignment of errors does not set forth the names of the parties, as required by Rule 1 of the Supreme Court, the appeal will be dismissed.

From the Lawrence Circuit Court.

*T. J. Jackson, R. H. Young* and *L. C. Walker,* for appellant.

*A. C. Voris, M. T. Dunn,* —— *Riley* and *W. H. Edwards,* for appellee.

WORDEN, J.—In this case there are two papers, one at the commencement and one at the conclusion of the tran-

script, purporting to be assignments of error, but neither of them sets forth the names of the parties at all, as required by Rule 1 of this court. For this reason, the appellee has filed a motion to dismiss the appeal. The motion must be sustained. *The State, ex rel. Childers*, v. *Delano*, 34 Ind. 52.

The appeal is dismissed, at the costs of the appellant.

Opinion filed at May term, 1880.
Petition for a rehearing overruled at November term, 1880.